IN RE: APPLICATION OF THE COUNTY OF SOMERSET.

February 25, 1975. Petition for certification denied.

ARNOLD G. CARLSEN v. GLADYS C. CARLSEN.

March 3, 1975. Petition for certification granted. (See
131 *N. J. Super.* 34)

LEROY JOHNSON v. NEW JERSEY STATE PAROLE BOARD.

March 11, 1975. Petition for certification denied. (See
131 *N. J. Super.* 513)

SHOP-RITE OF HUNTERDON COUNTY v.
TOWNSHIP COMMITTEE OF RARITAN.

March 11, 1975. Petition for certification denied. (See
131 *N. J. Super.* 428)

CLIFFORD N. HERBSTMAN v. EASTMAN KODAK COMPANY.

March 11, 1975. Petition for certification granted. (See
131 *N. J. Super.* 439)